JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Plaintiff*
*Overhead Door Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OVERHEAD DOOR CORPORATION, an Indiana corporation,<br><br>                    Plaintiff,<br>vs.<br><br>JARRAD PRIDA, an individual; TSC, INC. d/b/a Torsion Supply Company, a Nevada corporation,<br>                    Defendants. | Case No.: 3:22-cv-00102-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Overhead Door Corporation, by and through its counsel Jackson Lewis P.C., and Defendants Jarrad Prida and TSC. Inc. d/b/a Torsion Supply Company (together, "Defendants"), by and through their counsel Robison, Sharp, Sullivan & Brust, that Defendants shall have an extension up to and including March 14, 2022, in which to file their respective responses to Plaintiff's Motion for Temporary Restraining Order (ECF No. 3). This Stipulation is submitted and based upon the following:

1.      Defendants' respective responses to Plaintiff's Temporary Restraining Order (ECF No. 3) are currently due on March 7, 2022.

2.      The parties are negotiating the terms of a stipulated temporary restraining order and need additional time to finalize the terms of said order.

3.      Thus, the parties agree that Defendants' deadline to respond to Plaintiff's Motion for Temporary Restraining Order (ECF No. 3) should be extended to March 14, 2022. In

1  accordance with the Court's Minute Order issued February 23, 2022 (ECF No. 10), any reply will

2  be filed within five days of Defendants' responses.

3        4.      This is the first request for an extension of time for Defendants to file their

4  respective responses to Plaintiff's Temporary Restraining Order (ECF No. 3).

5        5.      This request is made in good faith and not for the purpose of delay.

6        6.      Nothing in this Stipulation, nor the fact of entering to the same, shall have the

7  effect of or be construed as waiving any claim or defense held by any party hereto.

8        Dated this 4th day of March, 2022.

9   JACKSON LEWIS P.C.                          ROBISON, SHARP, SULLIVAN & BRUST

10  */s/ Joshua A. Sliker*                       */s/ Michael E. Sullivan*
    JOSHUA A. SLIKER, ESQ.                       MICHAEL E. SULLIVAN, ESQ.
11  Nevada Bar No. 12493                         Nevada Bar No. 5142
    HILARY A. WILLIAMS, ESQ.                     HANNAH E. WINSTON, ESQ.
12  Nevada Bar No. 14645                         Nevada Bar No. 14520
    300 S. Fourth Street, Ste. 900               71 Washington Street
13  Las Vegas, Nevada 89101                      Reno, Nevada 89503

14  *Attorneys for Plaintiffs*                   *Attorneys for Defendants*

15

16                                              **ORDER**

17                                               IT IS SO ORDERED:

18

19                                              _____
                                                 United States District Court Judge
20

21                                               Dated:  3/4/2022

22

23

24

25

26

27

28