JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Plaintiff*
*Overhead Door Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OVERHEAD DOOR CORPORATION, an Indiana corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JARRAD PRIDA, an individual; TSC, INC. d/b/a Torsion Supply Company, a Nevada corporation, <br><br> Defendants. | Case No.: 3:22-cv-00102-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 4)** <br><br> **(First Request)** |

Plaintiff Overhead Door Corporation ("Plaintiff" or "ODC"), by and through its counsel Jackson Lewis P.C., and Defendants Jarrad Prida ("Prida") and TSC. Inc. d/b/a Torsion Supply Company ("TSC") (together, "Defendants"), by and through their counsel Robison, Sharp, Sullivan & Brust, hereby stipulate and agree as follows:

**A. Background**

1. On February 22, 2022, Plaintiff filed a Complaint and Request for Injunctive Relief (ECF No. 1) alleging claims for: (i) trade secret misappropriation under the Defend Trade Secrets Act, 18 U.S.C. § 1831 et seq. against Defendants; (ii) trade secret misappropriation under the Nevada Uniform Trade Secrets Act, NRS § 600A.010 et seq. against Defendants; (iii) breach of contract against Defendant Prida; (iv) breach of the covenant of good faith and fair dealing against Defendant Prida; (v) breach of the fiduciary duty of loyalty against Defendant Prida; (vi) unjust enrichment against Defendants; and (vii) tortious/intentional interference with contractual relationships against Defendant TSC.

2.      Additionally, on February 22, 2022, Plaintiff filed a Motion for Temporary Restraining Order (ECF No. 3) and Motion for Preliminary Injunction (ECF No. 4).

3.      On February 23, 2022, Plaintiff filed a Motion to Conduct Early, Expedited Discovery in support to fits Motion for Preliminary Injunction (ECF No. 8), and Motion to Establish Expedited Briefing Schedule and Decision of the Motion (ECF No. 9).

4.      Subsequently, the Court issued an order on February 23, 2022 directing that Defendants would have up to 10 days from service of Plaintiff's Motion for Temporary Restraining Order to file a response and that Plaintiff would have up to 5 days thereafter to file a reply. ECF No. 10.

5.      Plaintiff served Defendants with the Court's Order (ECF No. 10) and Motion for Temporary Restraining Order on February 23, 2022. ECF No. 11.

6.      Defendants were served pursuant to FRCP 4 with the Summons and Complaint, and other filings, on February 27, 2022. ECF No. 16.

7.      Counsel for Defendants entered a Notice of Appearance on March 1, 2022. ECF Nos. 14 and 15.

8.      On March 4, 2022, the Parties entered into a stipulation extending the time for Defendants to file their response to Plaintiff's Motion for Temporary Restraining Order to March 14, 2022, and for Plaintiff to file its reply in support to five (5) days thereafter. ECF No. 17. The Court granted the stipulation the same day. ECF No. 18.

9.      On March 8, 2022, Defendants filed their Answer to Plaintiff's Complaint. ECF No. 19.

10.     In furtherance of their efforts to resolve the case expeditiously, the Parties entered into a stipulation: (1) impose a Temporary Restraining Order against Defendants; (2) establish briefing deadlines regarding Plaintiff's Motion for Preliminary Injunction (ECF No. 4); (3) establish an early, expedited discovery plan; and (4) acknowledge that Plaintiff's Motion to Establish Expedited Briefing Schedule and Decision of Plaintiff's Motion to Conduct Early, Expedited Discovery (ECF No. 9) was moot. *See* ECF Nos. 21-24. The Court granted such stipulations on March 31, 2022. ECF Nos. 26-29.

11.     As part of the stipulations, the parties agreed to the following briefing schedule regarding Plaintiff's Motion for Preliminary Injunction (ECF No. 4):

    a.  Plaintiff shall file any supplement to its Motion for Preliminary Injunction by April 25, 2022.

    b.  Defendants' respective responses to Plaintiff's Motion for Preliminary Injunction (and any supplement thereto), if any, shall be due by May 5, 2022.

    c.  Plaintiff's reply in support of its Motion for Preliminary Injunction (and any supplement thereto), if any, shall be due on May 18, 2022.

(the "Briefing Schedule") ECF No. 22.

12.     The Parties are continuing to engage in discussions to expeditiously resolve this case and do not wish to impose additional filings on the Court and its resources when such filings may be rendered unnecessary by settlement. Therefore, good cause exists to extend the Briefing Schedule deadlines by thirty (30) days as follows:

    a.  Plaintiff shall file any supplement to its Motion for Preliminary Injunction by May 25, 2022.

    b.  Defendants' respective responses to Plaintiff's Motion for Preliminary Injunction (and any supplement thereto), if any, shall be due by June 6, 2022.

    c.  Plaintiff's reply in support of its Motion for Preliminary Injunction (and any supplement thereto), if any, shall be due on June 17, 2022.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

13.      This is the first request to extend the Briefing Schedule deadlines.

14.      This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 25th day of April, 2022.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

ROBISON, SHARP, SULLIVAN & BRUST

/s/ Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 5142
HANNAH E. WINSTON, ESQ.
Nevada Bar No. 14520
71 Washington Street
Reno, Nevada 89503

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: _____April 26, 2022_____